# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2025 ND 99

State of North Dakota,                                    Plaintiff and Appellee

    v.

Tyler Duane Weltikol,                                    Defendant and Appellant

No. 20240336

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Stacy J. Louser, Judge.

AFFIRMED.

Per Curiam.

Christopher W. Nelson, State's Attorney, Minot, ND, for plaintiff and appellee; on brief.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant; on brief.

**Per Curiam.**

[¶1]   Tyler Weltikol appeals from a criminal judgment entered after a jury convicted him of driving under the influence. He argues the evidence is insufficient to support the verdict. After reviewing the record, we conclude substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr